# Court of Appeals
# of the State of Georgia

ATLANTA,    May 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1454.  GINGER HALL d/b/a KIDS EXPRESS v. JIMMY HINSON.**

This case originated as a dispossessory proceeding in magistrate court.  The magistrate court issued a writ of possession and ordered Ginger Hall to pay past due rent and costs to Jimmy Hinson.  Hinson filed a notice of appeal to the state court, which entered its final order on October 22, 2015, awarding damages in the amount of $2,545.00 to Hinson.  Hall filed her notice of appeal on November 20, 2015.  We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Hall was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995).  The failure to do so deprives us of jurisdiction over this appeal.[1]

Furthermore, OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered.  In this case, the notice of appeal was filed 29 days after the trial court's order.  Therefore, the appeal is untimely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] Even if this Court were to construe the state court's order as a money judgment in an action for damages, Hall's appeal is subject to dismissal.  When a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review.  See OCGA § 5-6-35 (a) (6); *Hill v. Rose Elec. Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____05/11/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*